472 A.2d 247

Commonwealth v. Hall, Appellant.

Submitted November 8, 1983. Anthony S. Dedola, Jr., for

600

appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order of the lower court affirmed.